Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Kevin Helm,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO. **1:10-cv-01801-OWW-GSA**<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. In addition, Plaintiff's counsel is due to deliver a baby on March 25, 2011. Two of her children were one and two weeks early. Plaintiff's counsel has been having lots of contractions in the last two weeks. The current due date for Plaintiff's Confidential Brief is March 18, 2011. The new due date will be April 18, 2011. The scheduling order should be modified accordingly.

Dated: March 14, 2011          /s/ Sengthiene Bosavanh

                                        SENGTHIENE BOSAVANH, ESQ.
                                        Attorney for Plaintiff

Dated: March 14, 2011          BENJAMIN B. WAGNER
                                        United States Attorney


                                        By: /s/ Ann Lucille Maley
                                        (as authorized via telephone)
                                        ANN LUCILLE MALEY
                                        Special Assistant United States Attorney

1 **ORDER**

2   IT IS SO ORDERED.

3   **Dated:**   **March 14, 2011**            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE