BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

Social Security Administration
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8976
Facsimile: (415) 744-0134
Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEVIN HELM, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 1:10-CV-01801-OWW-GSA <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel and the number and complexity of issues in Plaintiff's opening brief. The current due date is July 22, 2011. The new due date will be August 22, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

DATE: July 18, 2011                      Milan Law
                                                Sengthiene Bosavanh

                                  By:    /s/ *Sengthiene Bosavanh*\*
                                                (\* As authorized via email dated July 18, 2011)
                                                SENGTHIENE BOSAVANH

                                                Attorney for Plaintiff

DATE: July 18, 2011                      BENJAMIN B. WAGNER
                                                United States Attorney
                                                LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                  By    */s/ Jacob M. Mikow*
                                                JACOB M. MIKOW
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

## **ORDER**

Defendant shall have a thirty-one day extension of time, through and including August 22, 2011, within which to file an opposition brief. Plaintiff shall file any reply fifteen days thereafter.

IT IS SO ORDERED.

    **Dated:   July 19, 2011**                         **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE