# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HELM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL S. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | 1:10-cv-01801 LJO GSA<br><br>**ORDER REGARDING THE PARTIES'**<br>**STIPULATION REGARDING REPLY**<br>**BRIEF FILED SEPTEMBER 6, 2011** |

　　　On September 6, 2011, the parties filed a Stipulation to extend the time within which Plaintiff may file a reply brief, from September 6, 2011, to October 6, 2011.  Plaintiff indicates that "[a]n attorney recently left the firm and more cases have been reassigned to Plaintiff's attorney" as a result.  (Doc. 1.)

　　　Despite the parties' stipulation to a thirty day extension of time, such a lengthy extension for a reply brief is not warranted.  The time for filing a reply brief is fifteen days following the filing of Defendant's brief; thus, a proper extension of time would be a second fifteen-day period.  Therefore, Plaintiff may have through September 21, 2011, within which to file a reply brief.

　　IT IS SO ORDERED.

　　Dated: 　September 7, 2011　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE