# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HELM, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | 1:10-cv-01801 LJO GSA <br><br> **ORDER REGARDING THE PARTIES' STIPULATION REGARDING REPLY BRIEF FILED SEPTEMBER 6, 2011** |

On September 6, 2011, the parties filed a Stipulation to extend the time within which Plaintiff may file a reply brief, from September 6, 2011, to October 6, 2011. Plaintiff indicates that "[a]n attorney recently left the firm and more cases have been reassigned to Plaintiff's attorney" as a result. (Doc. 1.)

Despite the parties' stipulation to a thirty day extension of time, such a lengthy extension for a reply brief is not warranted. The time for filing a reply brief is fifteen days following the filing of Defendant's brief; thus, a proper extension of time would be a second fifteen-day period. Therefore, Plaintiff may have through September 21, 2011, within which to file a reply brief.

IT IS SO ORDERED.

Dated: September 7, 2011          /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE